# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| Patrick Flanigan, | ) |
|---|---|
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-5155-CV-SW-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed January 25, 2016, [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed January 25, 2016, [Doc. 17] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $4,640.63.

                                               */s/ John T. Maughmer*
                                                     **John T. Maughmer**
                                             **United States Magistrate Judge**